**MCCORRISTON MILLER MUKAI MACKINNON LLP**
ROBERT G. KLEIN #1192-0
SHAUN M. MUKAI #7143-0
KENNETH J. MANSFIELD #7227-0
JORDON J. KIMURA #9182-0
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawai‘i 96813
Tel. No.: (808) 529-7300
Fax No.: (808) 524-8293
E-mail: klein@m4law.com; smm@m4law.com; mansfield@m4law.com; kimura@m4law.com

**NELSON BUMGARDNER CASTO, P.C.**
BARRY J. BUMGARDNER #00793424 - Texas Bar Number
STEVEN W. HARTSELL #24040199 - Texas Bar Number
3131 West 7th Street, Suite 300
Fort Worth, Texas 76107
Tel. No.: (817) 377-9111
Fax No.: (817) 377-3485
E-mail: barry@nbclaw.net; shartsell@nbclaw.net

**BURNS & LEVINSON LLP**
HOWARD J. SUSSER #636183- Massachusetts Bar Number
PAUL T. MUNIZ #564786- Massachusetts Bar Number
STEPHEN Y. CHOW #082990- Massachusetts Bar Number
MERTON E. THOMPSON #637056- Massachusetts Bar Number
ZACHARY R. GATES #677873- Massachusetts Bar Number
ALEXANDRA CAPACHIETTI #666765- Massachusetts Bar Number
125 Summer Street
Boston, Massachusetts 02110-1624
Tel. No.: (617) 345-3000
Fax No.: (617) 345-3299
E-mail: hsusser@burnslev.com; pmuniz@burnlev.com; schow@burnslev.com; mthompson@burnlev.com; zgates@burnslev.com; acapachietti@burnslev.com

**Attorneys for Plaintiff**
**GPNE CORP.**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| GPNE CORP.,<br><br>Plaintiff,<br><br>vs.<br><br>SHARP CORPORATION AND SHARP ELECTRONICS CORPORATION,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil No. 1:12-CV-00253-SOM RLP<br><br>STIPULATION OF COMPLETE DISMISSAL OF DEFENDANTS SHARP CORPORATION AND SHARP ELECTRONICS CORPORATION WITH PREJUDICE AND ORDER |
|---|---|---|

**STIPULATION OF COMPLETE DISMISSAL OF DEFENDANTS SHARP CORPORATION AND SHARP ELECTRONICS CORPORATION WITH PREJUDICE AND ORDER**

IT IS HEREBY STIPULATED pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the terms of a separate agreement, by and among the parties hereto, through their respective counsel, that:

1. All claims by Plaintiff GPNE, Corp. ("GPNE") against Defendants Sharp Corporation and Sharp Electronics Corporation (collectively, "Sharp") are dismissed with prejudice to the re-filing of same.

2. All claims by Sharp against GPNE are dismissed with prejudice to the re-filing of same.

3. No other claims or issues remain in this action as between GPNE and Sharp.

GPNE and Sharp shall each bear its own costs and attorneys' fees. All parties who have appeared in this action have signed this stipulation. No motions for summary judgment have been filed and no trial date has been set.

DATED: August 2, 2012.

/s/ Kenneth J. Mansfield
Robert G. Klein
Shaun M. Mukai
Kenneth J. Mansfield
Jordon J. Kimura
MCCORRISTON MILLER MUKAI MACKINNON LLP
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawai'i 96813
klein@m4law.com
smm@m4law.com
mansfield@m4law.com
kimura@m4law.com

Barry J. Bumgardner
Steven W. Hartsell
NELSON BUMGARDNER CASTO, P.C.
3131 West 7th Street, Suite 300
Fort Worth, Texas 76107
barry@nbclaw.net
shartsell@nbclaw.net

Howard J. Susser
Paul T. Muniz
Merton E. Thompson
Stephen Y. Chow
Zachary R. Gates
Alexandra Capachietti

/s/ Matthew Holohan
David E. Sipiora
Kenneth Chang
Matthew Holohan
KILPATRICK TOWNSEND & STOCKTON LLP
1400 Wewatta Street, Suite 600
Denver, Colorado 80202
dsipiora@kilpatricktownsend.com
kschang@kilpatricktownsend.com
mholohan@kilpatricktownsend.com

Gary Grimmer
GARY G. GRIMMER & ASSOCIATES
City Financial Tower
201 Merchant St., Ste. 1940
Honolulu, Hawai'i 96813
gary@grimmerhawaiilaw.com

**ATTORNEYS FOR SHARP CORPORATION AND SHARP ELECTRONICS CORPORATION**

BURNS & LEVINSON LLP
125 Summer Street
Boston, Massachusetts 02110-1624
hsusser@burnslev.com
pmuniz@burnlev.com
mthompson@burnlev.com
schow@burnslev.com
zgates@burnslev.com
acapachietti@burnslev.com

**ATTORNEYS FOR GPNE CORP**.

APPROVED AS TO FORM:

DATED: Honolulu, Hawaii; August 3, 2012.

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

/s/ Susan Oki Mollway
Susan Oki Mollway
Chief United States District Judge

GPNE Corp. v. Sharp Corporation and Sharp Electronics Corporation, Civil No. 12-00253 SOM/RLP, Stipulation Of Complete Dismissal Of Defendants Sharp Corporation And Sharp Electronics Corporation With Prejudice And Order

273586.1 2